UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

BOBBY COLLINS, JR., )
)
    Petitioner, )
)
v. ) No. 4:11-CV-328 CAS
)
TROY STEELE, )
)
    Respondent. )

## ORDER

This matter is before the Court on state prisoner Bobby Collins, Jr.'s action pursuant to 28 U.S.C. § 2254. This case was referred to United States Magistrate Judge Terry I. Adelman for report and recommendation on all dispositive matters and for final disposition on all non-dispositive matters, pursuant to 28 U.S.C. § 636(b).

On January 30, 2014, Judge Adelman filed a Report and Recommendation of United States Magistrate Judge which recommended that petitioner's petition for writ of habeas corpus be dismissed without further proceedings.

Petitioner filed timely objections to the Report and Recommendation, asserting that he was denied his rights of due process and effective assistance of counsel when (1) his trial attorney did not move for a mistrial when a juror disclosed the juror possibly knew the victim from the juror's work at a psychiatric hospital; and (2) his trial counsel failed to remove a juror when the juror told the court that he knew one of the detectives involved in the case. Petitioner also objected to the Report and Recommendation, stating generally that he was denied his rights to effective assistance of counsel. The Court has carefully reviewed petitioner's objections and the entire record of this

matter. Following de novo review, the Court concurs in the recommendation of the Magistrate Judge. Petitioner's objections are overruled.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of United States Magistrate Judge is **sustained**, **adopted** and **incorporated** herein. [Doc. 25]

**IT IS FURTHER ORDERED** that Bobby Collins, Jr.'s Petition for Writ of Habeas Corpus pursuant to Title 28 U.S.C. § 2254 is **DENIED**. [Doc. 1]

**IT IS FURTHER ORDERED** that this matter is **DISMISSED**, with no further action to take place herein.

An appropriate judgment will accompany this order.

_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this \_\_\_25th\_\_\_ day of February, 2014.